IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23−cv−03521 |
| | § | |
| REVIVE RX, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## REVIVE RX, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Revive RX, LLC submits this Corporate Disclosure Statement and states the following:

1. Defendant Revive RX, LLC, is a limited liability company organized under the laws of the State of Texas with its principal place of business in Houston, Texas.

2. The members of Revive RX, LLC are Aaron Schneider and Brigham Buhler, both of whom are citizens of the State of Texas.

3. Revive RX, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**Dated:** October 5, 2023

Respectfully Submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Nikki L. Morris*
Thomas E. Hogan (*pro hac pending*)
Washington D.C. Bar No. 492003
Washington Square
1050 Connecticut Ave NW. Suite 1100
Washington, D.C. 20036
Email: thogan@bakerlaw.com
Telephone: (202) 861-1577
Facsimile: (202) 861-1783
Lisa A. Houssiere

        Texas Bar No. 24056950
        Southern District of Texas Bar No. 904591
        Email: lhoussiere@bakerlaw.com
        Nikki L. Morris
        Texas Bar No. 24098143
        Southern District of Texas Bar No. 3257781
        Email: nmorris@bakerlaw.com
        811 Main Street, Suite 1100
        Houston, Texas 77002-6111
        Telephone: (713) 751-1600
        Facsimile: (713) 751-1717

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    In accordance with the Federal Rules of Civil Procedure, I hereby certify that on October 5, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

        */s/ Nikki L. Morris*
          Nikki L. Morris