United States District Court
Southern District of Texas
**ENTERED**
June 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-23-3521 |
| § § | |
| REVIVE RX, LLC, § § | |
| Defendant. § § | |

## ORDER

The court has been monitoring the progress of the appeal in *Zyla Life Sciences., LLC v. Wells Pharma of Houston, LLC*, No. 23-20533, which has not yet been set for argument. Because this appeal is likely to be dispositive of the issues in this case, and because the appeal may not be resolved until the end of the year, the court abates this case and administratively closes it pending the decision in *Zyla Life Sciences*. The parties must move to reinstate the case to the active docket within thirty days of the Fifth Circuit's decision in *Zyla*.

SIGNED on June 12, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge