IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | Case No. H-23-3521 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| REVIVE RX, LLC, | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff Eli Lilly and Company ("Lilly") and Defendant Revive Rx, LLC ("Revive"), by and through their undersigned counsel, submit this Joint Status Report per the Court's June 12, 2024 Order, to notify the Court that the Fifth Circuit has issued a decision in *Zyla Life Scis., LLC v. Wells Pharma of Hous., LLC*. As the *Zyla* appellee has petitioned for *en banc* review, however, the parties do not yet move to reinstate the case and, with the Court's permission, will do so after the Fifth Circuit issues its decision on the rehearing petition.

As the Court is aware, on September 9, 2023, Lilly filed a complaint against Revive for unlawful and unfair competition. *See* ECF No. 1. On October 11, 2023, Revive moved to dismiss the Complaint arguing, among other things, that, consistent with *Zyla Life Scis., LLC v. Wells Pharma of Hous., LLC*, No. 4:22-cv-04400, 2023 WL 6301651 (S.D. Tex. Sept. 27, 2023) (the "*Zyla* Decision") and other cases, the Complaint was preempted by the Food, Drug and Cosmetic Act. *See* ECF No. 14. Revive's motion to dismiss was fully briefed on November 7, 2023, *see* ECF No. 21, and the *Zyla* Decision was appealed to the Fifth Circuit. *See Zyla Life Sci., LLC v. Wells Pharma of Hous., LLC*, No. 23-20533 (5th Cir.).

The Court, after considering the parties' briefing and argument, determined that the *Zyla* Decision was "relevant to the preemption analysis" raised in Revive's motion, and that "[t]he Fifth Circuit's decision on the preemption question in *Zyla* . . . [was] likely to determine if and how this case may proceed." ECF No. 36, at 2. The Court initially stayed this action, *see id.* at 3, and then administratively closed it "pending the [Fifth Circuit's] decision in *Zyla*," ECF No. 37, at 1. The Court instructed the parties to "move to reinstate the case to the active docket within thirty days of the Fifth Circuit's decision in *Zyla*." *Id.*

On April 10, 2025, the Fifth Circuit issued its opinion reversing the *Zyla* Decision. *See* No. 23-20533, 2025 WL 1076889 (5th Cir. Apr. 10, 2025). On April 23, 2025, a Petition for Rehearing *En Banc* was filed in *Zyla*, and on May 2, 2025, the Fifth Circuit requested a response to the petition. The matter remains pending, and the Fifth Circuit has not yet issued its decision on the petition.

In light of these and other developments potentially relevant to the Parties' claims and defenses, the parties intend, subject to the Court's approval, to jointly move to reinstate this action within 30 days after the Fifth Circuit issues its decision on the rehearing petition in *Zyla*. The Parties also agree that: Lilly should be granted leave to file a First Amended Complaint within 30 days after the Fifth Circuit issues its decision on the rehearing petition; and Revive's Motion to Dismiss (ECF No. 14) should be denied as moot, without prejudice.

The Parties are available to address any questions the Court may have.

Dated: May 9, 2025 Respectfully submitted,

*With permission:*

| | |
|---|---|
| BAKER & HOSTETLER LLP | KIRKLAND & ELLIS LLP |
| By: /s/ *Nikki L. Morris* | /s/ *David I. Horowitz* |
| Lisa A. Houssiere<br>Texas Bar No. 24056950<br>Federal Bar No. 904591<br>Email: lhoussiere@bakerlaw.com<br>Nikki L. Morris<br>Texas Bar No. 24098143<br>Federal Bar No. 3257781<br>Email: nmorris@bakerlaw.com<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-6111<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717 | Diana M. Watral (admitted *pro hac vice*)<br>Robin McCue (*pro hac vice* pending)<br>Ryan Moorman (*pro hac vice* pending)<br>James Hileman (*pro hac vice* pending)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.hurst@kirkland.com<br>diana.watral@kirkland.com<br>robin.mccue@kirkland.com<br>ryan.moorman@kirkland.com<br>jhileman@kirkland.com |
| Thomas E. Hogan (*pro hac vice*)<br>Email: thogan@bakerlaw.com<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, D.C. 20036<br>Telephone: (202) 861-1500<br>Facsimile: (202) 861-1783 | Joshua L. Simmons (admitted *pro hac vice*)<br>Jeanna M. Wacker (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>joshua.simmons@kirkland.com<br>Jeanna.wacker@kirkland.com |
| *Attorneys for Defendant* | David I. Horowitz (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br>david.horowitz@kirkland.com |

Nicole Bronnimann
Texas Bar No. 24109661
Southern District No. 3484321
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002-5213
Tel.: (713) 751-3200
Fax: (713) 751-3290
nbronnimann@kslaw.com

Joseph N. Akrotirianakis (*pro hac vice*)
Aaron Craig (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel.: (213) 443-4355
Fax: (213) 443-4310
jakro@kslaw.com
acraig@kslaw.com

Jeffrey S. Bucholtz (*pro hac vice*)
Taylor Lankford (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500
Fax: (202) 626-3737
jbucholtz@kslaw.com
tlankford@kslaw.com

*Counsel for Plaintiff Eli Lilly and Company*